

FILED
CLERK, U.S. DISTRICT COURT
JAN 25 2019
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> Darlene Garcia <br>     Defendant. | Case No.: 18-CR-35 JGB <br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (✓) information in the Pretrial Services Report and Recommendation
    (✓) information in the violation petition and report(s)
    ( ) the defendant's nonobjection to detention at this time
    ( ) other: _____

1

| 1 | | and/ or |
|---|---|---|
| 2 | B. (✓) | The defendant has not met his/her burden of establishing by clear and |
| 3 | | convincing evidence that he/she is not likely to pose a danger to the safety |
| 4 | | of any other person or the community if released under 18 U.S.C. |
| 5 | | § 3142(b) or (c). This finding is based on the following: |
| 6 | | (✓) information in the Pretrial Services Report and Recommendation |
| 7 | | (✓) information in the violation petition and report(s) |
| 8 | | ( ) the defendant's nonobjection to detention at this time |
| 9 | | ( ) other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/25/19

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE